STEVE SHEVORSKI, ESQ.
Nevada Bar No. 08256
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 938- 6856
Facsimile: (702) 792-9002
steven.shevorski@gtlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ENERGY ENHANCEMENT SYSTEM, LLC, A Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>THE LIGHT SYSTEM, INC., a Connecticut corporation; JASON SHURA, an individual,<br><br>Defendants. | Case No. 2:25-cv-02015-JCM-MDC<br><br>**STIPULATION TO EXTEND DEADLINE FOR THE DEFENDANTS TO RESPOND TO THE PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, Energy Enhancement System, LLC (the "Plaintiff"), through its undersigned counsel, and the Defendants, The Light System, Inc. and Jason Shurka (collectively, the "Defendants"), through their undersigned counsel, as follows:

1. The Plaintiff filed its Complaint (the "Complaint") against the Defendants on October 17, 2025. ECF No. 1.

2. The parties agreed to continue the time for the Plaintiff to serve its complaint by mutual agreement.

3. The Defendants agreed to accept service of a copy of the summons and complaint on December 3, 2025. ECF No. 5.

4. Given the impending holiday season, the Plaintiff has agreed to extend the deadline for the Defendants to file a response to the Plaintiff's Complaint until January 12, 2025.

717038085v1

5. This is the parties' first request to extend the deadline for the Defendants' response to the Plaintiff's Complaint.

6. This stipulation is brought in good faith by the parties and not for the purposes of delay.

**IT IS SO STIPULATED**

DATED this 4th day of December, 2025.

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
ROBERT J. CASSITY
Nevada Bar No. 9779
JOSEPH G. WENT
Nevada Bar No. 9220
SYDNEY R. GAMBEE
Nevada Bar No. 14201
CAITLIN J. MCMASTERS
Nevada Bar No. 16585
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*

DATED this 4th day of December, 2025.

**GREENBERG TRAURIG, LLP**

*/s/ Steve Shevorski*
STEVE SHEVORSKI
Nevada Bar No. 08256
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
*Attorneys for Defendants*

**IT IS SO ORDERED**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 12-8-25

2

717038085v1