STEVE SHEVORSKI, ESQ.
Nevada Bar No. 08256
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
Telephone:    (702) 938- 6856
Facsimile:    (702) 792-9002
Email:        steven.shevorski@gtlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENERGY ENHANCEMENT SYSTEM, LLC, A Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>THE LIGHT SYSTEM, INC., a Connecticut corporation; JASON SHURKA, an individual,<br><br>Defendants. | Case No. 2:25-cv-02015-JCM-MDC<br><br>**STIPULATION TO EXTEND DEADLINE FOR THE DEFENDANTS TO RESPOND TO THE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, Energy Enhancement System, LLC (the "Plaintiff"), through its undersigned counsel, and the Defendants, The Light System, Inc. and Jason Shurka (collectively, the "Defendants"), through their undersigned counsel, as follows:

1.    The Plaintiff filed its Complaint against the Defendants on October 17, 2025. [ECF No. 1]

2.    The parties agreed to continue the time for the Plaintiff to serve its complaint.

3.    The Defendants accepted service on December 3, 2025.  [ECF No. 5]

4.    The parties stipulated to extend the deadline for the Defendants to respond to the Plaintiff's Complaint until January 12, 2026 [ECF No. 6] and the Court entered an order on that approving the parties' stipulation on December 8, 2025.  [ECF No. 7].

5.    The Plaintiff filed a First Amended Complaint on December 19, 2025.  [ECF No. 9].

6.      The Plaintiff filed its Motion for Preliminary Injunction against the Defendants on December 22, 2025.  [ECF No. 10]  The Plaintiff also filed its Motion for Expedited Discovery on December 22, 2025.  [ECF No. 11]  The Defendants' response to the Motion for Preliminary Injunction and the Motion for Expedited Discovery is currently due January 5, 2026.

7.      Given the filing of the First Amended Complaint and the holiday season, the Plaintiff has agreed to extend the deadlines for the Defendants to file responses to the Plaintiff's First Amended Complaint, Motion for Preliminary Injunction, and Motion for Expedited Discovery until January 12, 2026.

5.      This is the parties' first request to extend the deadlines for the Defendants' responses to the Plaintiff's First Amended Complaint, Motion for Preliminary Injunction, and Motion for Expedited Discovery.

6.      This stipulation is brought in good faith and not for the purposes of delay.

**IT IS SO STIPULATED**

DATED this 6th day of January, 2026.

**HOLLAND & HART LLP**

/s/ Joseph G. Went
ROBERT J. CASSITY
Nevada Bar No. 9779
JOSEPH G. WENT
Nevada Bar No. 9220
SYDNEY R. GAMBEE
Nevada Bar No. 14201
CAITLIN J. MCMASTERS
Nevada Bar No. 16585
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*

DATED this 6th day of January, 2026.

**GREENBERG TRAURIG, LLP**

/s/ Steve Shevorski
STEVE SHEVORSKI
Nevada Bar No. 08256
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135
*Attorneys for Defendants*

**IT IS SO ORDERED.**

JAMES C. MAHAN
United States District Judge

DATED:    January 15, 2026

2

717691173v1

GREENBERG TRAURIG, LLP
10845 GRIFFITH PEAK DRIVE SUITE 600 , LAS VEGAS, NEVADA 89135
TELEPHONE: (702) 938-6856