Robert J. Cassity
Nevada Bar No. 9779
Joseph G. Went
Nevada Bar No. 9220
Sydney R. Gambee
Nevada Bar No. 14201
Caitlan J. Bohn
Nevada Bar No. 16585
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
jgwent@hollandhart.com
srgambee@hollandhart.com
cjbohn@hollandhart.com

Timothy P. Getzoff (Pro Hac Vice forthcoming)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: (303) 473-2700
Fax: (303) 975-5348
tgetzoff@hollandhart.com

*Attorneys for Energy Enhancement*
*System, LLC*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENERGY ENHANCEMENT SYSTEM, LLC, a Nevada limited liability company, | Case No. 2:25-cv-02015-JCM-MDC |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| THE LIGHT SYSTEM, INC., a Connecticut corporation; JASON SHURKA, an individual; DOES I-X; and ROE CORPORATIONS XI-XX, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, Energy Enhancement System, LLC (the "Plaintiff"), through its undersigned counsel, and the Defendants, The Light System, Inc. and Jason Shurka (collectively, the "Defendants"), through their undersigned counsel, as follows:

1.     The Plaintiff filed its Complaint on October 17, 2025. [ECF No. 1].

1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

2.    The Defendants accepted service on December 3, 2025. [ECF No. 5].

3.    The Plaintiff filed a First Amended Complaint on December 19, 2025. [ECF No. 9].

4.    The Plaintiff filed its Motion for Expedited Discovery on December 22, 2025. [ECF No. 11]. The Plaintiff also filed its Motion for Preliminary Injunction against the Defendants on December 22, 2025. [ECF No. 10].

5.    The Defendants filed their Response to the Motion for Expedited Discovery on January 12, 2026. [ECF No. 14]. Defendants also filed their Opposition to the Motion for Preliminary Injunction on January 12, 2026. [ECF No. 15].

6.    The Plaintiff's Reply in support of its Motion for Preliminary Injunction and Reply in support of its Motion for Expedited Discovery are currently due January 20, 2026.

7.    On January 12, 2026, the Defendants also filed a Motion to Dismiss Pursuant to FRCP 12(b)(2) and (12)(b)(6). [ECF No. 13]. The Plaintiff's Opposition to the Motion to Dismiss is currently due January 26, 2026.

8.    Given the interrelated nature of the briefing, the Defendants have agreed to extend the deadlines for the Plaintiff to file its Reply in support of the Motion for Preliminary Injunction until January 26, 2026, so that each of the Plaintiff's responses will be filed on the same day.

9.    This is the parties' first request to extend the deadline for the Plaintiff's Reply in support of the Motion for Preliminary Injunction.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

10.    This stipulation is brought in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 15th day of January 2026.

DATED this 15th day of January 2026.

**HOLLAND & HART LLP**

**GREENBERG TRAURIG, LLP**

*/s/ Robert J. Cassity*
ROBERT J. CASSITY
Nevada Bar No. 9779
JOSEPH G. WENT
Nevada Bar No. 9220
SYDNEY R. GAMBEE
Nevada Bar No. 14201
CAITLAN J. BOHN
Nevada Bar No. 16585
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

*/s/ Steve Shevorski*
STEVE SHEVORSKI
Nevada Bar No. 08256
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___January 21, 2026___

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

3