Robert J. Cassity
Nevada Bar No. 9779
Joseph G. Went
Nevada Bar No. 9220
Sydney R. Gambee
Nevada Bar No. 14201
Caitlan J. Bohn
Nevada Bar No. 16585
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
jgwent@hollandhart.com
srgambee@hollandhart.com
cjbohn@hollandhart.com

Timothy P. Getzoff (*Pro Hac Vice forthcoming*)
**HOLLAND & HART LLP**
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: (303) 473-2700
Fax: (303) 975-5348
tgetzoff@hollandhart.com

*Attorneys for Energy Enhancement
System, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENERGY ENHANCEMENT SYSTEM, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> THE LIGHT SYSTEM, INC., a Connecticut corporation; JASON SHURKA, an individual; DOES I-X; and ROE CORPORATIONS XI-XX, <br><br> Defendants. | Case No.  2:25-cv-02015-JCM-MDC <br><br> **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF ITS MOTION FOR EXPEDITED DISCOVERY** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, Energy Enhancement System, LLC (the "Plaintiff"), through its undersigned counsel, and the Defendants, The Light System, Inc. and Jason Shurka (collectively, the "Defendants"), through their undersigned counsel, as follows:

1.     The Plaintiff filed its Complaint on October 17, 2025. [ECF No. 1].

1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

2. The Defendants accepted service on December 3, 2025. [ECF No. 5].

3. The Plaintiff filed a First Amended Complaint on December 19, 2025. [ECF No. 9].

4. The Plaintiff filed its Motion for Expedited Discovery on December 22, 2025. [ECF No. 11]. The Plaintiff also filed its Motion for Preliminary Injunction against the Defendants on December 22, 2025. [ECF No. 10].

5. The Defendants filed their Response to the Motion for Expedited Discovery on January 12, 2026. [ECF No. 14]. Defendants also filed their Opposition to the Motion for Preliminary Injunction on January 12, 2026. [ECF No. 15].

6. The Plaintiff's Reply in support of its Motion for Expedited Discovery and Reply in support of its Motion for Preliminary Injunction are currently due January 20, 2026.

7. On January 12, 2026, the Defendants also filed a Motion to Dismiss Pursuant to FRCP 12(b)(2) and (12)(b)(6). [ECF No. 13]. Plaintiff's Opposition to the Motion to Dismiss is currently due January 26, 2026.

8. Given the interrelated nature of the briefing, the Defendants have agreed to extend the deadlines for the Plaintiff to file its Reply in support of the Motion for Expedited Discovery until January 26, 2026, so that each of the Plaintiff's responses will be filed on the same day.

9. This is the parties' first request to extend the deadline for Plaintiff's Reply in support of the Motion for Expedited Discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

10.     This stipulation is brought in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

DATED this 15th day of January 2026.

DATED this 15th day of January 2026.

**HOLLAND & HART LLP**

**GREENBERG TRAURIG, LLP**

*/s/ Robert J. Cassity*

ROBERT J. CASSITY
Nevada Bar No. 9779
JOSEPH G. WENT
Nevada Bar No. 9220
SYDNEY R. GAMBEE
Nevada Bar No. 14201
CAITLAN J. BOHN
Nevada Bar No. 16585
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

*/s/ Steve Shevorski*

STEVE SHEVORSKI
Nevada Bar No. 08256
10845 Griffith Peak Drive Suite 600
Las Vegas, Nevada 89135

*Attorneys for Defendants*

**IT IS SO ORDERED.** The Stipulation (ECF No. 23) is GRANTED and the previous stipulation (ECF No. 12) is **DENIED** as moot.

_____
UNITED STATES MAGISTRATE   JUDGE

DATED: 1-21-26

**HOLLAND & HART LLP**
**9555 HILLWOOD DRIVE, 2ND FLOOR**
**LAS VEGAS, NV 89134**

3