# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Energy Enhancement System, LLC,

      Plaintiff(s),

vs.

The Light System, Inc., et al.,

      Defendant(s).

2:25-cv-02015-JCM-MDC

**ORDER DENYING MOTION TO EXPEDITE DISCOVERY (ECF NO. 11) AS MOOT**

Plaintiff Energy Enhancement System, LLC filed a *Motion to Expedite Discovery* ("Motion"). *ECF No. 11*. The Motion is **DENIED AS MOOT.**

Plaintiff states in its Motion that it requests limited, targeted discovery to expose the scope and full breadth defendants' actions that it alleges constitute tortious interference. *ECF No. 11 at 3*. The Motion finished briefing on January 26, 2026. *ECF No. 29*. Defendants filed a Motion to Dismiss on January 12, 2026. *ECF No. 13*. Per Local Rule 26-1, the parties are required to hold the Fed. R. Civ. P. 26(f) by February 11, 2026, and then file a Stipulated Discovery Plan and Scheduling Order by February 25, 2026. *Id*. Because Fed. R. Civ. P. 26(d)(1) allows the parties to commence discovery after the Rule 26(f) conference, plaintiff's Motion is moot.

    **IT IS ORDERED** that:

1. Plaintiff's *Motion to Expedite Discovery (ECF No. 11)* is **DENIED AS MOOT.**

2. The parties shall file by **February 25, 2026**, a Stipulated Discovery Plan and Scheduling Order compliant with Local Rule 26-1 and the Court's 12/18/25 Standing Order (ECF No. 8).

Dated: February 6, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge